No. 74–1025. HINES ET AL. *v.* ANCHOR MOTOR FREIGHT, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 421 U. S. 928.] Motion to substitute Charles A. Hines as a party petitioner in place of Burtice A. Hines, deceased, granted. Motion of Prod, Inc., et al., for leave to file a brief as *amici curiae* granted. Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as *amicus curiae* denied.

No. 74–1033. DANN, COMMISSIONER OF PATENTS AND TRADEMARKS *v.* JOHNSTON. C. C. P. A. [Certiorari granted, 421 U. S. 962.] Motion of Computer & Business Equipment Manufacturers Assn. for leave to file a brief as *amicus curiae* granted.

No. 74–1042. ERNST & ERNST *v.* HOCHFELDER ET AL. C. A. 7th Cir. [Certiorari granted, 421 U. S. 909.] Motion of the Solicitor General to permit the Securities and Exchange Commission to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Motion of American Institute of Certified Public Accountants for leave to file a brief as *amicus curiae* granted.

No. 74–1044. MASSACHUSETTS BOARD OF RETIREMENT ET AL. *v.* MURGIA. Appeal from D. C. Mass. [Probable jurisdiction noted, 421 U. S. 974.] Motion of American Medical Assn. for leave to file a brief as *amicus curiae* granted.

No. 74–1245. LIBERTY MUTUAL INSURANCE CO. *v.* WETZEL ET AL. C. A. 3d Cir. [Certiorari granted, 421 U. S. 987.] Motion of Alaska Airlines, Inc., et al., for leave to file a brief as *amici curiae* granted. Motion of the Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* denied.